### 2741. LAMPLEY v. THE STATE.

HILL, C. J. No error of law is complained of. The evidence, although circumstantial, points clearly to the defendant's guilt and excludes every reasonable hypothesis of his innocence.

*Judgment affirmed.*

DECIDED JULY 25, 1910.

Indictment for larceny from house; from Terrell superior court —Judge Worrill. June 11, 1910.

*W. H. Gurr,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. R. Arnold,* contra.